MINUTE ENTRY
AFRICK, J.
May 1, 2018
JS-10 00:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN S. SUTTON** | **CIVIL ACTION** |
| **VERSUS** | **No. 18-188** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | **SECTION I** |

### ORDER

A telephone status conference was held on this date with counsel for all parties participating. Counsel agreed that the amount recoverable by plaintiff may vary depending on whether the plaintiff qualifies for Social Security disability benefits.

Accordingly,

**IT IS ORDERED** that the above-captioned matter is **STAYED** and **ADMINISTRATIVELY CLOSED**. Any party may reopen the case upon written motion to be filed within **SIXTY (60) DAYS** of a final decision concerning plaintiff's eligibility for Social Security disability benefits. Should the case be reopened, plaintiff may re-urge his arguments concerning the appropriate standard of review to be applied to his ERISA claim.

New Orleans, Louisiana, May 1, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE